DG
F.# #2017R00930

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RAMIRO ANDRES LUQUE FLORES,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED SEALED ORDER

CR 17-537 (CBA)

        Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney David Gopstein, for an order (i) unsealing the above-captioned matter; (ii) unsealing the Notice of Motion and Information Sheet (Docket No. 1) and Information (Docket No. 2) in the above-captioned matter; and (iii) directing the substitution of the defendant's true name for "John Doe" on the docket sheet and all documents not filed under seal.

        WHEREFORE, it is ordered that (i) the above-captioned matter be unsealed; (ii) the Notice of Motion and Information Sheet (Docket No. 1) and Information (Docket No. 2) in the above-captioned matter be unsealed; and (iii) the defendant's true name be substituted for "John Doe" on the docket sheet and all documents not filed under seal.

Dated:  Brooklyn, New York
          _May 15_____, 2018

                                    S/ Carol B. Amon
                                    HONORABLE CAROL B. AMON
                                    UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF NEW YORK