DG
F.# 2017R00930

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

Ramiro Andres Luque Flores,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 27 2019 ★

BROOKLYN OFFICE

PROPOSED ORDER

CR 17-537 (CBA)

      Upon the application of the United States for an order unsealing the minutes of the October 6, 2017 initial appearance and plea hearing in the above-captioned matter.

      WHEREFORE, it is ordered that the minutes of the October 6, 2017 initial appearance and plea hearing in the above-captioned matter are unsealed.

Dated: Brooklyn, New York
        August 26, 2019

                                      s/Carol Bagley Amon
                                      HONORABLE CAROL B. AMON
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK